1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                         **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  GLENN BOSWORTH, | Case No. CV 13-2924 DMG (SS) |
| 12           Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| 13      v. | **CONCLUSIONS AND** |
| 14  DAVID ESCALANTE, et al., | **RECOMMENDATIONS OF UNITED** |
| 15           Defendants. | **STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\
\\
\\
\\
\\

1 **IT IS ORDERED** that Defendants' Motion to Dismiss is granted and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 26, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE