1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   GLENN BOSWORTH,                     Case No. CV 13-2924 DMG (SS)

12              Plaintiff,

13       v.                              **JUDGMENT**

14   DAVID ESCALANTE, et al.,

15              Defendants.

16

17       Pursuant  to  the  Court's  Order  Accepting  Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21       IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed with prejudice.

23

24   DATED:   September 26, 2014

25                                       DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE
26

27

28